# State of Louisiana Uniform Sentencing Commitment Order (One order per Docket)

| Judicial District: | NINTH JDC | Court Section: | DIVISION: C |
|---|---|---|---|
| Parish of Commitment: | RAPIDES | Docket Number: | 343435 Def: 1 |

## A. DEFENDANT/CASE IDENTIFIERS

| Name of Defendant: (1) | NICHOLAS JOSEPH BUCHICCHIO | DOB: (2) (MM/DD/YYYY) | [redacted] |
|---|---|---|---|
| State ID Number (SID) (3) | N/A | Race: (4) Select [redacted]  Sex: (5) Select [redacted] | |

## B. SENTENCE

Select: (1) ☑ Original  ☐ Amended  ☐ Revocation  ☐ Habitual (Docket # _____ ; Charge _____ )

| # | Charges: (Revised Statute & Crime) (2) | Number of Counts (3) | Verdict/ G Plea/ Nolo/NP (4) | Modifiers (5) | Total Sentence Length (6) YRS/MONTHS/DAYS | Amount of Time in DPS&C Custody (7) YRS/MONTHS/DAYS | Amount of time to be served without benefit, if applicable (8) |
|---|---|---|---|---|---|---|---|
| 1 | 14:67B2 THEFT $5,000 - $25,000 | 10 | PGAC | | 7/0/0 | 7/0/0 | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |

Preclass
FEB 24 2020
Received

## C. SENTENCE/OFFENSE DATES (MM/DD/YYYY):
(For each of the above numerated convictions)

| # | Offense Date (1) | Adjudication Date (2) | Sentence Date (3) | Adjudication as an Habitual Offender per R.S. 15:529.1 (4) | Date Original Sentence Vacated (5) | Revocation Date (6) |
|---|---|---|---|---|---|---|
| 1 | 5/26/2017 | 1/16/2020 | 1/16/2020 | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

## D. SENTENCE CONDITIONS: (Check all that apply)

☑ YES  ☐ NO  This sentence shall be concurrent with any or every sentence the offender is now serving. (1)

If no to D.1, then  Docket Number(s)  Parish(es), Judicial District(s) of Docket Number(s)

☐ Concurrent with: (2)
☐ Consecutive to: (3)
☒ Under the provision of C.Cr.P. Art. 880, defendant is given credit for time served. (4)
☐ Under the provisions of C.Cr.P. Art. 890.1, this is a waiver of mandatory minimum sentence (excludes R.S. 14:2(B) & R.S. 15:541 et seq offenses) (5)
☐ This defendant is subject to a multiple bill/habitual offender proceeding. (as per R.S. 15:529.1) (6)
☐ The defendant is sentenced in accordance with R.S. 13:5401 to participate in Reentry Court (7)
☐ The defendant is ordered to report to start serving his sentence on: _____ (MM/DD/YYYY) (8)
☐ The defendant is ordered to report to start serving a probation sentence upon conclusion of his hard labor sentence (9)
☐ Under the provisions of C.Cr.P. Art. 895 and R.S. 15:541, et seq, the defendant shall comply with the Sex Offender Registration statute. (10)

## E. REFERRALS TO DPS&C (Check all that apply) (See Instructions for More Information on these Options.)

☐ Recommended for Substance Use Disorder Treatment Screening (1)
☐ Recommended for Mental Health Evaluation (2) Copy by email to: mentalhealth@doc.la.gov
☐ Recommended for Intensive Incarceration (3) Copy by email to: IntensiveIncarceration@doc.la.gov
☐ Recommended for Immediate Screening for eligibility for Transitional Work Program (4) Copy by email to: twprecommendations@doc.la.gov

Comment: (5) Sentences on each count are to run concurrent with each other.

## F. INVOLVED PARTIES (Printed Names and Addresses)

| Minute Clerk: | RANDALL THIELS | Court Reporter: | Karyn Hale |
|---|---|---|---|
| Prosecutor: | SANDERS, KELVIN G. | Defense Attorney: | HICKMAN, DARRELL K |
| Address: | 418 DESOTO STREET PO BOX 13922 ALEXANDRIA, LA 71315-0000 | Address: | 620 MURRAY STREET ALEXANDRIA, LA 71301-0000 |

The above sentence, handed down in Open Court, is the order of this Court and this shall be sufficient warrant for its execution. Thus Done and Signed this 24 day of January, 2020.

Judge's Signature: [signed]

Judge's Name and Address:
DOGGETT, MARY LAUVE
NINTH JUDICIAL DISTRICT COURT
701 MURRAY ST - STE 501
ALEXANDRIA, LA 71301

Revised 2/26/2019

PAGE: 1 OF 1