1557507

## Department of Public Safety & Corrections
### State of Louisiana
#### Elayn Hunt Correctional Center

**JOHN BEL EDWARDS**
GOVERNOR



**JAMES M. LE BLANC**
SECRETARY

TO:          NICHOLAS  BUCHICCHIO    #425742
             BEAVER 1 TIER A / EHCC

FROM:        C. Jones- ARDC Specialist- Records

DATE:        August 17, 2020

SUBJECT:     Jail Credit


Dear Nicholas
According to the jail credit letter that we received from Rapides parish, you are only receive credit from your date of arrest (05/08/2019) until your sentence date (01/16/2020), which is a total of 253 days of jail credit. A copy of your Mast Prison Record is being sent in the mail.

cc:          Tatanisha Hookfin-White/EHCC/CORRECTIONS, Jacqui Chrisentery/EHCC/CORRECTIONS, Tijuana Marshall/EHCC/CORRECTIONS, Nahria Brown/EHCC/CORRECTIONS, Chelsea Jones <Chelsea.Jones@la.gov>, MAILROOM

**EXHIBIT 2**