# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF LOUISIANA

Nicholas Buchicchio
Plaintiff

v.

James Leblanc, et al.
Defendant

22-147-BAJ-EWD
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Civil Rule 7.1,
Sheriff Mike Cazes and Warden Steven Juge

provides the following information:

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

*Please separate names with a comma and do not add address information. Only text visible within box will print.*

Nicholas Buchicchio, James Leblanc, Secretary of Louisiana Department of Public Safety and Corrections, Sheriff Mike Cazes, Warden Steven Juge, Louisiana Sheriff's Law Enforcement Program, an interlocal risk management fund created pursuant to statutory authority, William Most, Jacob Weixler, Phyllis Glazer, Jason P. Wixom, Blake J. Arcuri, and Laura Rodrigue.

Jason P. Wixom 32273

Attorney Name and Bar Number

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Notices => Certificate of Interested Persons.