UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICHOLAS BUCHICCHIO                            CIVIL ACTION

VERSUS

JAMES M. LEBLANC, ET AL.                   NO. 22-00147-BAJ-EWD

## ORDER

Considering **Defendants Steven Juge And Sheriff Jeff Bergeron's Unopposed Motion For Extension Of Time To File An Opposition To Plaintiff's Motion For Partial Summary Judgment** (Doc. 58),

**IT IS ORDERED** that the Motion is **GRANTED**. Defendants shall file their Opposition to Plaintiff's Motion (Doc. 57), if any, on or before December 8, 2025.

Baton Rouge, Louisiana, this 21st day of November, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA